IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIO JOSE LEON SANCHEZ,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                          15-cv-795-wmc

ROSANNA LOPEZ and
CHILD SUPPORT AGENCY,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

    /s/                                                          5/12/2016

Peter Oppeneer, Clerk of Court                    Date